

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2014

No. 04-13-00106-CV

Barry **BROOKS**, Heston C. King, Stefen Douglas Brooks, Johanna Barton,
and Jesse Rodriguez Benavides,
Appellants

v.

**EXCELLENCE MORTGAGE, LTD.**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-01173
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice


On May 30, 2014, this court issued its opinion and judgment. Appellants filed a motion for rehearing. The Court requests that the appellees file a response on or before September 19, 2014. *See* TEX. R. APP. P. 49.2.

It is so **ORDERED** on September 2, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court